1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

RAMON N. LUPERIOR,                          Case No.  1:13-cv-00628-LJO-SKO

12
            Plaintiff,

13
      v.                                    **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

14
JAMES HEUSDENS, et al.,

15                                          **(Doc. 2)**

            Defendants.
16

17 _____/

18         Plaintiff Ramon N. Luperior ("Plaintiff") is a prisoner proceeding pro se and has requested

19 leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

20 required by Section 1915(a), and the request to proceed *in forma pauperis* is GRANTED.  Plaintiff

21 is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).

22 Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding

23 month's income credited to Plaintiff's trust account.  The Director of the California Department of

24 Corrections or his designee is required to send to the Clerk of the Court payments from Plaintiff's

25 account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in

26 full.  28 U.S.C. § 1915(b)(2).

27
28

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2 ORDERED that:

3    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

4    2.    The Director of the California Department of Corrections or his designee shall

5 collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%)

6 of the preceding month's income credited to the prisoner's trust account and shall forward those

7 payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in

8 accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded

9 to the Clerk of the Court.  The payments shall be clearly identified by the name and number

10 assigned to this action.

11    3.    The Clerk of the Court is directed to serve a copy of this order and a copy of

12 Plaintiff's *in forma pauperis* application on the Director of the California Department of

13 Corrections via the electronic case filing system (CM/ECF).

14    4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

15 Department, U.S. District Court, Eastern District of California, Fresno Division.

16

17

18

19

20 IT IS SO ORDERED.

21    Dated:    **July 1, 2013**                              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2